UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| BILLY COMBS, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 12-47-ART |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RGS FINANCIAL, INC., ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On August 10, 2012, the plaintiff filed a notice voluntarily dismissing this case with prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal "before the [defendant] serves either an answer or a motion for summary judgment." The defendant, RGS Financial, Inc., has not yet filed an answer or a motion for summary judgment. Accordingly, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall **STRIKE** this case from the Court's active docket.

This the 14th day of August, 2012.



Signed By:
_Amul R. Thapar_   AT
United States District Judge